UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jerome L. Grimes,  )
　　　　　　　　　　　)
　　　　　Plaintiff,  )
　　　　　　　　　　　)　Case: 1:16-cv-01536
v.　　　　　　　　　　)　Assigned To : Unassigned
　　　　　　　　　　　)　Assign. Date : 7/27/2016
Al Brown *et al.*,　　 )　Description: Pro Se Gen. Civil (F Deck)
　　　　　　　　　　　)
　　　　　Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff's complaint is incomprehensible. Accordingly, this case will be dismissed without prejudice. A separate order accompanies this Memorandum Opinion.

Date: July 26, 2016

/s/ Colleen Kollar-Kotelly
United States District Judge